UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Raphael Perkins,
Plaintiff,

v.

Liberty University, Inc.,
Defendant.

**25 CV 8821**

DECLARATION OF RAPHAEL PERKINS IN SUPPORT OF COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Raphael Perkins, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge and belief:

1. I am a student at Liberty University and have been continuously enrolled since 2021. I have never taken any voluntary semesters off.

2. Liberty University continues to list my account as "In School" and "Eligible" for federal financial aid. Despite this, the university has placed an internal "FA Red Flag" hold on my account and has removed financial aid from my account, citing "potential fraud" without providing any evidence or opportunity to challenge the allegation.

3. On August 9, 2025, Liberty University's Financial Aid Office confirmed via email that my official high school transcript was received, verified, and marked as "Satisfied." My ASIST portal also shows all federal aid eligibility requirements as "Received and Satisfied."

4. I received a $2,500 refund check, which was later voided without notice or due process due to the FA Red Flag.

5. A second refund totaling $3,764.00, corresponding to the D-Term of the Fall 2025 semester, has also been withheld and has not been released to me despite full eligibility and approval.

6. As a result of Liberty University's actions, I was blocked from attending courses I was enrolled in, forced to withdraw internally, and received failing grades ("FN") for my final two courses: Journalism 103 and Journalism Reporting and Writing.

7. These actions have caused me significant educational, financial, and reputational harm, including:
   - Loss of academic progress and grades.

- Emotional distress and disruption of my degree completion.

8. I have compiled all supporting documentation -- including emails, screenshots, refund confirmations, and federal aid eligibility statements -- in a single file available for the Court's review.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-17-2025

Signature: *Raphael Perkins*
Raphael Perkins

Address: 2333 Webster Avenue Apt 2R
City, State, ZIP: Bronx, NY 10458
Telephone: 551-404-8227
E-mail (if available): Raphaleperk7@icloud.com



Raphael Perkins
2333 Webster Avenue
Bronx NY, 10458 Apt 2Q

Pro Se
Clerk of Court
U.S District Court
Southern District of
New York 500 Pearl
Street New York, NY

RECEIVED OCT 23 2025 PRO SE OFFICE

RECEIVED OCT 22 2025 CLERK'S OFFICE S.D.N.Y.

NEW YORK NY 100