**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Raphael Perkins,**
 Plaintiff,

v.

**Liberty University,**
 Defendant.

Case No. 1:25-cv-08821-MMG-SLC



---

# PLAINTIFF'S LETTER MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER

Hon. Margaret M. Garnett
 United States District Judge
 Southern District of New York

Dear Judge Garnett:

Plaintiff Raphael Perkins respectfully submits this letter motion requesting leave to file a Supplemental Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Transfer.

Plaintiff has already filed an opposition memorandum in response to Defendant's motion. Plaintiff now respectfully seeks leave to submit a supplemental memorandum for the limited purpose of clarifying and strengthening certain legal and factual points in light of Defendant's anticipated reliance on Financial Check-In documents and forum-selection arguments.

The proposed supplemental memorandum does not raise new claims or theories, but instead refines Plaintiff's existing opposition by more precisely addressing (1) the legal standard governing enforcement of forum-selection clauses under Second Circuit law, (2) the evidentiary significance of Defendant's 2023, 2024, and 2025 Financial Check-In forms, and (3) the substantial New York-centered facts supporting venue under 28 U.S.C. § 1391(b)(2).

This supplemental submission is intended to assist the Court in resolving Defendant's motion on a complete and accurate understanding of the record. Defendant will suffer no prejudice, as no reply brief has yet been filed.

Accordingly, Plaintiff respectfully requests that the Court grant leave to file the accompanying Supplemental Memorandum of Law in Opposition as an additional submission in opposition to Defendant's motion.

Respectfully submitted,

Dated: New York, New York
Raphael Perkins
Pro Se Plaintiff

Plaintiff Raphael Perkins' ("Mr. Perkins") request at Dkt. No. 137 is **GRANTED**.

On June 24, 2026, Mr. Perkins filed a two-page memorandum of law in opposition (the "First Opposition", (Dkt. No. 136)) to Defendant Liberty University's ("Liberty") motion to dismiss (the "Motion", (Dkt. No. 129)).

On June 25, 2026, Mr. Perkins filed a request seeking leave to file a "supplemental memorandum of law" in further opposition to the Motion. (Dkt. No. 137).  On that same date, Mr. Perkins filed a second, four-page, memorandum of law in opposition to the Motion (the "Second Opposition", (Dkt. No. 138)).

The Court now **GRANTS** Mr. Perkins' request.  Liberty's reply, if any, shall collectively respond to both the First Opposition and the Second Opposition.

Liberty's deadline to file a reply is also **EXTENDED** to **July 13, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 137 and to mail a copy of this order to Mr. Perkins at the address below:

Raphael Perkins
2333 Webster Avenue
Apt. 2Q
Bronx, NY 10458

SO ORDERED.    June 30, 2026

SARAH L. CAVE
United States Magistrate Judge