## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

**Raphael Perkins,** Plaintiff (Pro Se),

MEMO ENDORSED

v.

**Liberty University, et al.,** Defendants.

Case No. **1:25-cv-08821-MMG-SLC**

---

# PLAINTIFF'S LETTER MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

**Honorable Magistrate Judge Sarah L. Cave and District Judge Margaret M. Garnett:**

Plaintiff Raphael Perkins respectfully submits this letter motion for leave to file the attached Supplemental Declaration pursuant to 28 U.S.C. § 1746 and the Court's authority to manage the record.

Plaintiff is proceeding pro se.

This request is limited solely to supplementing the factual record relevant to Defendant's pending motion concerning venue and transfer. Plaintiff does not seek to file a new memorandum of law and does not seek to amend or replace prior submissions.

The proposed Supplemental Declaration provides additional sworn factual context already implicated in the pleadings, including:

1. Plaintiff's residency in New York during the relevant period;
2. Plaintiff's remote access to Liberty University academic and administrative systems;
3. The August 20–21, 2025 financial aid hold and account restriction;
4. The September 4, 2025 correction and restoration of prior-year aid;
5. Plaintiff's disability-related medical documentation provided during enrollment;
6. The October 20, 2025 Office of Equity & Compliance communication referencing possible discrimination related to the August 21, 2025 incident; and

7. The November 17, 2025 Liberty University Police Department notice restricting Plaintiff from university property.

These facts are submitted solely to ensure a complete factual record for the Court's consideration of the pending motion.

Plaintiff respectfully requests that the Court grant leave to file the attached Supplemental Declaration.

Respectfully submitted,

Dated: ______July 5th______, 2026
New York, New York

Raphael Perkins
Plaintiff, Pro Se
2333 Webster Ave, Apt 2Q
Bronx, NY 10458

Plaintiff Raphael Perkins' ("Mr. Perkins") request at Dkt. No. 142 is **GRANTED**.

By **July 15, 2026**, Mr. Perkins shall file his supplemental declaration. No further requests for additional opposition filings responding to Defendant Liberty University's ("Liberty") motion to dismiss (Dkt. No. 129, the "Motion") will be granted.

Liberty's deadline to file a reply is also **EXTENDED** to **July 22, 2026**. On the filing of Liberty's reply, the Court will deem briefing on the Motion complete and no further submissions will be accepted.

The Clerk of Court is respectfully directed to close Dkt. No. 142 and to mail a copy of this order to Mr. Perkins at the address below:

Raphael Perkins
2333 Webster Avenue
Apt. 2Q
Bronx, NY 10458

SO ORDERED. July 9, 2026.

Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge