Plaintiff Raphael Perkins' ("Mr. Perkins") request at Dkt. No. 150 is **DENIED**.

On June 24, 2026, Mr. Perkins filed a memorandum of law in opposition (Dkt. No. 136) to Defendant Liberty University's ("Liberty") motion to dismiss. (Dkt. No. 129 (the "Motion")). On June 25, 2026, Mr. Perkins filed a request seeking leave to file a "supplemental memorandum of law" in further opposition to the Motion. (Dkt. No. 137 (the "First Request")). On June 30, 2026, the Court granted the First Request. (Dkt. No. 139). On July 5, 2026, Mr. Perkins requested leave to file a "supplemental declaration" and exhibits. (Dkt. No. 142 (the "Second Request")). On July 9, 2026, the Court granted the Second Request and notified Mr. Perkins that "[n]o further requests for additional opposition filings responding to [the Motion] w[ould] be granted." (Dkt. No. 146 (the "July 9 Order")).

In light of the July 9 Order, Mr. Perkins' request to supplement his opposition with another exhibit is **DENIED**. Liberty's July 22, 2026 deadline to file their reply remains in place. (Dkt. No. 146).

The Clerk of Court is respectfully directed to close Dkt. No. 150.

SO ORDERED. July 20, 2026

SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raphael Perkins,
Plaintiff,

v.

Liberty University, et al.,
Defendants.

Case No. 1:25-cv-08821-MMG-SLC

**PLAINTIFF'S LETTER-MOTION FOR LEAVE TO FILE SUPPLEMENTAL VENUE EXHIBIT M11**

Honorable Judge Garnett:

Plaintiff Raphael Perkins respectfully submits this letter-motion requesting leave to supplement the previously filed Venue Exhibit Index with Exhibit M11 – Liberty University Office of Community Life Case Outcome Letter, Judicial Housing (JD) Hold Notice, and Related Administrative Correspondence.

Plaintiff respectfully requests permission to add Exhibit M11 to the record because the exhibit is relevant to the pending Motion to Transfer Venue and Motion to Dismiss. The exhibit provides additional documentation regarding Liberty University's administrative actions affecting Plaintiff's student status, disciplinary proceedings, housing-related restrictions, and related university communications.

Exhibit M11 is relevant to Plaintiff's arguments concerning the nature of the parties' relationship, the location of operative facts, and the total circumstances relevant to the reasonableness and fairness analysis regarding Defendant's request to transfer this action.

Plaintiff respectfully requests that the Court grant leave to file Exhibit M11 as a supplemental venue exhibit for consideration in connection with the pending motions.

Respectfully submitted,

/s/ Raphael Perkins
Raphael Perkins
Plaintiff Pro Se

Dated: July 15, 2026
New York, New York