UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL PERKINS,

Plaintiff,

-v-

LIBERTY UNIVERSITY,

Defendant.

CIVIL ACTION NO. 25 Civ. 8821 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 28, 2026, the Court heard oral argument (the "OA") on the pending motion to dismiss filed by Defendant Liberty University ("Liberty"). (See Minute Entry dated Oct. 28, 2026; see also Dkt. No. 129). Pursuant to the Court's order at Dkt. No. 174, on receiving the transcript of the OA (the "Transcript"), Liberty had to promptly email Plaintiff Raphael Perkins ("Mr. Perkins") a courtesy copy of the Transcript and file proof of service on the docket within three business days. (Dkt. No. 174 at 2). On November 16, 2026, the Transcript was docketed. (Dkt. No. 182). To date, Liberty has not filed the required proof of service.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Liberty to file the proof of email service of the Transcript on Mr. Perkins up to and including **November 24, 2026**.

Dated: New York, New York
November 20, 2026

SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**